

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VICENTE CUELLAR, | § | No. 08-18-00133-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04843) |
| | § | |

**O R D E R**

Pending before the Court are motions to withdraw filed by Appellant's appointed counsel, Francisco F. Macias, and the El Paso County Public Defender, Jaime E. Gandara. The motions to withdraw are GRANTED. The trial court is ordered to appoint new counsel to represent Appellant on appeal. The trial court shall forward its order of appointment to the District Clerk of El Paso County, Texas, on or before November 27, 2018. The District Clerk shall prepare and forward a supplemental clerk's record containing the appointment and forward the same to this Court on or before December 7, 2018.

IT IS SO ORDERED this 7th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.